# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD WOODS, JR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
STEFANY MILEY, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 71103

**FILED**

OCT 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus challenging an order of the district court denying a pro se pretrial petition for a writ of habeas corpus. In his pretrial petition for a writ of habeas corpus, petitioner sought to dismiss several counts of his indictment as unsupported by sufficient evidence or redundant with other charges. We have considered the petition and documents on file herein, and we decline to intervene in this matter as petitioner has an adequate remedy at law by way of an appeal should he be convicted. *See* NRS 34.170. Moreover, we generally decline to exercise our discretion to consider challenges to the sufficiency of the evidence supporting a probable cause determination. *See Kussman v. Eighth Judicial Dist. Court*, 96 Nev. 544, 546, 612 P.2d 679, 680 (1980) (explaining that judicial economy and sound administration of

16-31989

justice generally militate against the use of mandamus to review pretrial probable cause determinations). Accordingly, we

ORDER the petition DENIED.

_____Douglas_____, J.
Douglas

_____Cherry_____, J.
Cherry

_____Gibbons_____, J.
Gibbons

cc:    Hon. Stefany Miley, District Judge
Edward Woods, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk